**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

St. Paul Mercury Insurance Company, 01cv0297 (JEL/JGL)

v.

JBA International, Inc.,

---

JBA International, Inc., 01cv2161 (MJD/JGL)

v.

St. Paul Mercury Insurance Company,

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

Case No. 01cv297 having been assigned to Judge Joan E. Lancaster and the later Case No. 01cv2161 having been assigned to Judge Michael J. Davis, said matters being related cases,

**IT IS HEREBY ORDERED** That Case No. 01cv2161 be assigned to Judge Joan E. Lancaster, *nunc pro tunc,* by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated May 30, 2002.

**IT IS FINALLY ORDERED** That a copy of this Order shall be placed in each of the above respective files.

DATED: August 9, 2002.

JOAN E. LANCASTER, Judge
United States District Court

DATED: August 14, 2002.

MICHAEL J. DAVIS, Judge
United States District Court

49

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Date: August 15, 2002 jr

---

R E C O R D   O F   D O C K E T   T E X T

---

0:01-cv-02161 JBA International v. St Paul Mercury Ins

---

DOCKET ENTRY

---

ORDER FOR REASSIGNMENT OF RELATED CASE (Judge Joan E. Lancaster / 8/9/02) (Judge Michael J. Davis) (related case 01-297 JEL/JGL) Case reassigned to Judge Joan E. Lancaster. Case number remains the same except for Judges' initials 01-2161 JEL/JGL. Case number with new Judges' initials should be used on all papers and pleadings submitted to the Court regarding this civil action 01-2161 JEL/JGL. 1pg(s) (cc: all counsel)

Hon. Joan E. Lancaster, Judge

THIS NOTICE SENT TO ALL COUNSEL