**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

St. Paul Mercury Insurance Company, Civil No. 01-CV-297 (JEL/JGL)

Plaintiff,

v.

JBA International, Inc.,

Defendant.

---

JBA International, Inc., Civil No. 01-CV-2161 (JEL/JGL)

Plaintiff,

v.

St. Paul Mercury Insurance Company,

Defendant.

---

**ORDER LIFTING STAY**

On August 17, 2001, the Court granted JBA International, Inc.'s Motion to Stay the Action in Case No. 01cv297 [Docket No. 22]. **IT IS HEREBY ORDERED**:

1. That the stay of proceedings in Case No. 01cv297 is **LIFTED**.

DATED: Aug 20, 2002

JOAN E. LANCASTER
United States District Judge

FILED AUG 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_____
DEPUTY CLERK'S INITIALS_____