UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

St. Paul Mercury Insurance Company,

Plaintiff,

v. Civ. No. 01-297 (JEL/JGL)

JBA International, Inc.,

Defendant.

ORDER

JBA International, Inc.,

Plaintiff,

v. Civ. No. 01-2161 (JEL/JGL)

St. Paul Mercury Insurance Company,

Defendant.

This matter comes before the Court on St. Paul Mercury Insurance Company's appeals of orders issued by the Honorable Jonathan G. Lebedoff, Chief United States Magistrate Judge, on September 12, 2002, and September 20, 2002. The Court has reviewed the record and has considered the arguments raised by the parties on appeal. Based on that review, the Court affirms the orders because they are neither "clearly erroneous" nor "contrary to law." *See* 28 U.S.C. § 636(b)(1)(A) (2000); Fed. R. Civ. P. 72(a); D. Minn. R. 72.1(b)(2). Therefore, IT IS ORDERED THAT:

1. The Magistrate Judge's September 12, 2002, Order [Docket No. 49 in Civ. No. 01-297; Docket No. 64 in Civ. No. 01-2161] is AFFIRMED.

2. The Magistrate Judge's September 20, 2002, Order [Docket No. 50 in Civ. No. 01-297; Docket No. 65 in Civ. No. 01-2161] is AFFIRMED.

FILED JAN 15 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

3. St. Paul Mercury Insurance Company shall comply with the Magistrate Judge's September 12, 2002, Order by February 28, 2003.

Dated: January 15, 2003

JOAN ERICKSEN LANCASTER
United States District Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The latest amendments to the federal rules of procedure, (Civil, Criminal, Appellate and Bankruptcy), went into effect on December 1, 2002. The new amendments and related committee notes can be found at www.uscourts.gov/rules/amendments0202.htm.

One change is particularly noteworthy. That is Rule 7.1 of the Federal Rules of Civil Procedure. This rule requires that corporations file a "disclosure statement" whenever they initially appear as a party in a federal court action. The Rule 7.1 Disclosure Statement must identify "any parent corporation and any publicly held corporation that owns 10% or more" of the stock of the corporate party filing the statement. The purpose of the disclosure statement is to help judges and magistrate judges identify potential conflicts of interest. (Similar disclosure statement requirements are prescribed by Rule 26.1 of the Federal Rules of Appellate Procedure and Rule 12.4 of the Federal Rules of Criminal Procedure.)

Beginning December 1, 2002, a Rule 7.1 Disclosure Statement must be filed by every corporation when it first appears in a federal action, even if the corporation merely reports that there is no parent corporation or publicly held corporation that owns 10% or more of its stock. These Disclosure Statements must also be filed retroactively, for every corporation which is a party to an action pending in this District as of December 1, 2002. The retroactive Rule 7.1 statements must be filed immediately.

It also should be noted that there have been extensive stylistic changes, (as well as a few substantive changes), to the Federal Rules of Criminal Procedure. Attorneys who appear in federal criminal cases should review the amended version of the Rules.