UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

St. Paul Mercury Insurance Company,

Plaintiff,

v. Civ. No. 01-297 (JEL/JGL)

JBA International, Inc.,

Defendant.

ORDER

JBA International, Inc.,

Plaintiff,

v. Civ. No. 01-2161 (JEL/JGL)

St. Paul Mercury Insurance Company,

Defendant.

This matter is before the Court on a request by JBA International, Inc. (JBA) to extend the time to respond to three motions for partial summary judgment served by St. Paul Mercury Insurance Company (St. Paul). *See* D. Minn. R. 7.1(b)(2)(B). Having conferred with the parties, the Court sets March 19, 2003, as the deadline for JBA to serve its response to St. Paul's motions. Therefore, IT IS ORDERED THAT:

1. JBA shall serve its response to St. Paul's three motions for partial summary judgment on or before March 19, 2003.

Dated: February 4, 2003

JOAN ERICKSEN LANCASTER
United States District Judge

FILED FEB 0 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS