UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ST. PAUL MERCURY INSURANCE COMPANY,

Plaintiff,

v. CIVIL NO. 01-297 (JNE/JGL)

JBA INTERNATIONAL, INC.,

Defendant.

---

JBA INTERNATIONAL, INC.,

Plaintiff,

v. CIVIL NO. 01-2161 (JNE/JGL)

ST. PAUL MERCURY INSURANCE COMPANY,

Defendant.

**AMENDED PRETRIAL ORDER**

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. All motions which seek to amend any pleading must be filed prior to August 1, 2003; All motions which seek to add any parties must be filed prior to September 1, 2003;

2. The period for fact discovery is closed; Expert depositions shall be completed within 60 days of Judge Ericksen's ruling on dispositive motions now pending;

3. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to December 1, 2003;

4. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to January 15, 2004; and

Filed JUN 16 2003
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________

5. This case will be considered "ready for trial" as of March 1, 2004.

DATED: June 16, 2003

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge