UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

St. Paul Mercury Insurance Company,

Plaintiff,

v.

JBA International, Inc.,

Defendant.

Civ. No. 01-297 (JNE/JGL)

ORDER

JBA International, Inc.,

Plaintiff,

v.

St. Paul Mercury Insurance Company,

Defendant.

Civ. No. 01-2161 (JNE/JGL)

The Court has received JBA International, Inc.'s letter of July 1, 2003, and St. Paul Mercury Insurance Company's response dated July 10, 2003. The Court strikes the letters. *See* D. Minn. R. 7.1(f) ("Except with permission of the Court, no memoranda of law will be allowed except as provided by these rules."). Therefore, IT IS ORDERED THAT:

1. JBA International's letter dated July 1, 2003 [Docket No. 134 in Civ. No. 01-2161] is STRICKEN.

2. St. Paul Mercury Insurance's letter dated July 10, 2003 is STRICKEN.

Dated: July 16, 2003

JOAN N. ERICKSEN
United States District Judge

FILED JUL 16 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS