UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

St. Paul Mercury Insurance Company,
a Minnesota corporation,

Plaintiff,

v.

JBA International, Inc.,

Defendant.

Case Number: 01-297 JNE/JGL

**STIPULATION AND ORDER CONCERNING SUMMARY JUDGMENT BRIEFING SCHEDULE**

JBA International, Inc.,

Plaintiff,

v.

St. Paul Mercury Insurance Company,

Defendant.

Case Number: 01-2161 JNE/JGL

JBA International, Inc. ("JBA") and St. Paul Mercury Insurance Company ("St. Paul") agree and stipulate as follows:

RECITALS

1. The current scheduling order in this case, dated June 16, 2003, provides "until further notice, all dispositive motions must be noticed, served and filed in accordance with the local rules, prior to January 15, 2004." Under the version of Local Rule 7.1(b) in effect at the time of the Order, all briefing on a motion, including opposition and reply briefs, would be filed on or before January 15, 2004.

FILED JAN - 2 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Effective January 1, 2004, the United States District Court for the District of Minnesota amended Local Rule 7.1, and no longer requires that dispositive motions be fully briefed before they are filed.

3. On December 12, 2003, St. Paul served, but did not file, a motion for partial summary judgment. Under the version of Local Rule 7.1 in effect at that time, all briefing could have been completed so as to be filed by January 15, 2004, despite the intervening holidays, if no extensions to the briefing schedule occurred.

4. Because of the intervening holidays, counsel for St. Paul and JBA believe that it is appropriate to extend the briefing schedule. To accomplish an appropriate extension in a manner that recognizes and complies with amended Local Rule 7.1, the parties agree that St. Paul's motion should be treated as if it were served and filed on January 5, 2004, and governed by amended Local Rule 7.1. St. Paul's motion therefore would comply with the requirement in the existing Scheduling Order that dispositive motions be filed by January 15, 2004, and would accommodate an extended briefing schedule.

5. On December 26, 2003, counsel for JBA spoke with Sheri Frette, the courtroom deputy for Judge Ericksen Lancaster about this matter. Ms. Frette indicated that the Court would have no problem if the parties proceeded with summary judgment briefing under amended Local Rule 7.1, treating St. Paul's motion as being served and filed on January 5, 2004, and that the parties should prepare this Stipulation and Order, to be signed by Magistrate Judge Lebedoff.

STIPULATION

1. The undersigned agree that motion for partial summary judgment served by St. Paul on December 12, 2003 shall be filed with the Court on January 5, 2004 and deemed to have been served on JBA on January 5, 2004.

2. The parties will proceed with briefing of the summary judgment motion pursuant to the amended version of Local Rule 7.1 that became effective January 1, 2004.

3. JBA's response to St. Paul's summary judgment motion will be served on or before January 26, 2004. St. Paul's reply, if any, shall be served and filed on or before February 9, 2004.

Dated: 12/31, 2003

Richard D. Snyder (# 191292)
Emily E. Duke (#249178)
FREDRIKSON & BYRON, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis MN 55402-1425
Phone: (612) 492-7145
Fax: (612) 492-7077

**ATTORNEYS FOR JBA INTERNATIONAL, INC.**

Dated: December 31, 2003

Patricia St. Peter (153096)
Eric E. Caugh (026703X)
Zelle, Hofmann, Voelbel, Mason & Gette LLP
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415
Phone: (612) 339-2020
Fax: (612) 336-9100

**ATTORNEYS FOR ST. PAUL MERCURY INSURANCE COMPANY**

**ORDER**

The Court hereby approves the foregoing Stipulation, which becomes the Order of this Court.

Dated: JAN 2, 2004

Jonathan G. Lebedoff
Chief U.S. Magistrate Judge

#2909731\1