# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

JBA International, Inc., )
)
Plaintiff, )
)
v. )
)
St. Paul Mercury Insurance Company, )
)
Defendant. )
)
)

**COURT MINUTES**
BEFORE: Joan N. Ericksen
U.S. Judge

Case No: 01cv2161 (JNE/JGL) and 01cv297 (JNE/JGL)
Date: March 15, 2004
Court Reporter: Maria Weinbeck
Time Commenced: 10:30 a.m.
Time Concluded: 12:00
Time in Court: 1 Hour & 30 Minutes

Hearing on: **JBA's Motion for Partial Summary Judgment (#145) and St. Paul Mercury's Motion for Partial Summary Judgment (#142) - both motions are TAKEN UNDER ADVISEMENT**

APPEARANCES:

Plaintiff: Richard D. Snyder
Defendant: Patricia J. St. Peter and Eric E. Caugh

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Sheri L. Frette
Calendar Clerk