UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ST. PAUL MERCURY INSURANCE COMPANY,

Plaintiff,

v. CIVIL NO. 01-0297 (JNE/JGL)

JBA INTERNATIONAL, INC.,

Defendant.

---

JBA INTERNATIONAL, INC.,

Plaintiff,

v. CIVIL NO. 01-2161 (JNE/JGL)

ST. PAUL MERCURY INSURANCE COMPANY,

Defendant.

**NOTICE OF SETTLEMENT CONFERENCE**

Judge Joan N. Ericksen has referred the above matters to me for purposes of conducting a settlement conference pursuant to the trial notice. This settlement conference has been scheduled for **Monday, January 10, 2005, at 9:00 a.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415**. **PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in these cases as they have developed since commencement, a letter or settlement brief forwarded directly to my chambers (do not electronically file or e-mail), with service on opposing counsel, shall be submitted five business days before the scheduled conference.

Counsel who will actually try the cases and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: November 29, 2004

s/Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge