# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, | ) | COURT MINUTES - CIVIL<br>BEFORE: JONATHAN LEBEDOFF<br>CHIEF U.S. MAGISTRATE JUDGE |
| Plaintiff, | ) | |
| v. | ) | Case No: CIVIL 01-0297 (JNE/JGL) **and** CIVIL 01-2161 (JNE/JGL) |
| | ) | Date: 7/13/05 |
| JBA INTERNATIONAL, INC., | ) | Court Reporter: N/A |
| | ) | Time Commenced: 9:00 a.m. |
| Defendant. | ) | Time Concluded: 1:00 p.m. |
| | | Time in Court: 4 Hours & 0 Minutes |

**and**

JBA INTERNATIONAL, INC.,

Plaintiff,

v.

ST. PAUL MERCURY INSURANCE COMPANY,

Defendant.

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

St. Paul Mercury Ins. Co.: Patricia St. Peter, Eric Caugh

JBA International Inc.: Richard Snyder

PROCEEDINGS:

☐ Settlement reached.

☒ No settlement reached.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge