UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

St. Paul Mercury Insurance Company, 01cv297 (JNE/JGL)

v.

JBA International, Inc.,

**ORDER**

AND

JBA International, Inc., 01cv2161 (JNE/JGL)

v.

St. Paul Mercury Insurance Company,

---

The above cases are on the Court's Civil Trial Calendar commencing Tuesday, August 23, 2005 in St. Paul, Minnesota.

The following pretrial schedule shall be adhered to:

1. All pretrial submissions required by Local Rule 39.1 shall be filed and served on opposing counsel with two (2) copies to the Court by **Friday, July 29, 2005**.

2. All motions in limine shall be filed and served on opposing counsel with two (2) copies to the Court by **Friday, July 29, 2005.** The responses to the motions in limine shall be filed and served on opposing counsel with two (2) copies to the Court by **Friday, August 12, 2005.**

A pretrial conference will be held on **Friday, August 19, 2005 at 2:00 p.m.,** in Courtroom 3, 7th Floor, in St. Paul. Parties shall bring all trial exhibits to the pretrial conference.

This Order supersedes any deadline dates imposed by Local Rule 39.l.

DATED: July 12, 2004

s/ Joan N. Ericksen
JOAN N. ERICKSEN, Judge
United States District Court