**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

St. Paul Mercury Insurance Company,
a Minnesota corporation, 01cv297 (JNE/JGL)

Plaintiff,

v. **ORDER FOR DISMISSAL**

JBA International, Inc.,
a Georgia corporation,

Defendant.

---

JBA International, Inc.,
a Georgia corporation, 01cv2161 (JNE/JGL)

Plaintiff,

v.

St. Paul Mercury Insurance Company,
a Minnesota corporation,

Defendant.

---

Upon stipulation of the parties that above actions are resolved,

**IT IS ORDERED** That these actions are hereby dismissed, with prejudice and without costs to any of the parties.

DATED: July 28, 2005.

s/ Joan N. Ericksen
JOAN N. ERICKSEN, Judge
United States District Court